For Clerk's Office Use

| Judge | Recd Date | Grv. |
|---|---|---|
| C | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** James Neal

**PRISONER NO.:** 196547 / 1180278

**PLACE OF CONFINEMENT:** W.R.S.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
APR 20 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

James W. Neal JR.,
Enter Full Name                  Plaintiff

VS.

M. Stanford RNCB (medical department)
S. Roberts RN, A. Mullins, K. Schlobohm
Enter Full Name(s)              Defendant(s)

CIVIL ACTION NO. 7:10-cv-00163

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

___ Yes     ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: N/A

2. Court: N/A
3. Docket No.: N/A
4. Judge: N/A
5. Disposition: N/A

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓     No ___

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

Statement of Claim.

**Claim #1:** On the date of Feb 16 2010 nurse Roberts refused to give me my medication. Nurse Roberts arrive in the pod to do pill call during pod rec. At the time i was in the showers. I had to get out of the showers. Then go to my cell which is upstairs. Wait for the officer to let me in the cell. At which time he locked me in the cell. I had to push the emergency button in the cell and wait for him to answer before i could tell him to open the door and let me out for pill call. While all this was going on the nurse ms Roberts had finish with the other inmates and was packing up her meds. I came down the steps as she was coming out of the office. I tried to stop her and tell her i needed my meds. She would not stop to say anything to me. I told the officer who was accompanying her, officer Collins immediately that i wanted an emergency grievance. I immediately began to submit the paperwork to show an paper trail.

**Claim #2:** On the answer to my informal complaint Lt. A. Mullins stated that officer Collins did not work in A bld on that day. When i submitted my grievance to the warden. Lt. A. Mullins changed her statement and said Collins was working in the Blding. It's all in the paperwork. They keep saying it is noted that i was seen in the pod socializing, but they never say who noted this at any time. It couldn't have been nurse Roberts or officer Collins because they both was in the office and you can't see the showers from inside the office. It couldn't have been the Booth officer because when it all took place c/o Collins called them on the radio and they sent me to my cell as if i had done something wrong. The Booth officer

pg 3

who was c/o Thompson called into my cell on the emergency intercom and asked me what happened. I then asked him for an emergency grievance, and told him what happened. So he couldn't be who they are talking about that noted seeing socializing. It happened right by the booths and he didn't even see that.

Claim # 3 : In the level II Response they did not even address my claim about the medication being life sustaing, and that fact that nurse Roberts Refused to give it to me. They didn't address the fact that chronic care medications are considered life sustaing. On the (level I) I stated that nurse Roberts consulted with the doctor or that an RN may consult with an doctor to determine the situation with medications. In the Response on the informal that nurse Roberts stated it was not life threaten to miss one dose of my medication. Nurse Roberts couldn't make that type of call herself. By her saying she spoke with the doctor shows that nurse Roberts felt as though she had done something wrong. She was trying to cover herself. It shows malice on the part of nurse Roberts and the medical department here on W.R.S.P. Nurse Roberts was not qualified to make the desision she did with not giving me my medication.

Claim # 4: In the level II Response. None of my claims to Director of Health Services where answered. Not any of them. They only talk about what Lt. A. Mullins said.

D.  Statement of Claim - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involve, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and et forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

See Att.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

See Att

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

Se Att

E.  State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

Monetary or whatever the courts think is sufficent.

SIGNED THIS Feb DAY OF 19th, 20 10.

*(Signature of Each Plaintiff)*

**VERIFICATION:**

I, James Neal Jr, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 4-19-10    SIGNED: James Neal Jr.



James Neal # 1180278 A1-144
W.S.S.P
P.O. Box 759
Big Stone Gap, VA 24219

United States District Court
Western District of Virginia
P.O. Box 1234
Roanoke, VA 24006

MAILROOM APR 19 2010

Legal mail

VA DOC NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENTS

VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED OR INSPECTED THIS ITEM THEREFORE, THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY AUTHORITY FOR ITS CONTENTS