IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JAMES NEAL,

    Plaintiff,

v.

M. STANFORD, ET AL.,

    Defendants.

Case No. 7:10CV00163

**FINAL ORDER**

By: Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice; pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 28th day of April, 2010.

_____
United States District Judge